COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-217-CV
 
IN THE INTEREST OF J.R.C., A CHILD
 
----------
FROM COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
On July 28, 2003, we notified appellant,
in accordance with appellate rule of procedure 42.3, that this court may not
have jurisdiction over this appeal because it appears the notice of appeal was
not timely filed. Tex. R. App. P. 42.3; see Tex. R. App. P. 25.1(b),
26.1(a)(1). We stated that the appeal would be dismissed for want of
jurisdiction unless appellant or any party desiring to continue the appeal filed
with the court within ten days a response showing grounds for continuing the
appeal.
No response has been filed; therefore, it
is the opinion of the court that this appeal should be dismissed for want of
jurisdiction. See Tex. R. App. P. 26.3(b); Coronado v. Farming
Tech., Inc., 994 S.W.2d 901, 901 (Tex. App.--Houston [1st Dist.]
1999, order). Accordingly, we dismiss the appeal. See TEX.
R. APP. P. 42.3(a), 43.2(f).
 
                                                                      
PER CURIAM
 
PANEL D: GARDNER, J.; CAYCE, C.J.; and WALKER, J.
DELIVERED: August 26, 2003

1. See Tex. R. App. P. 47.4.